# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2438
_____

EUSTACE J. CAMERON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

July 16, 2026


PER CURIAM.

AFFIRMED.

RAY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Eustace J. Cameron, pro se, Appellant.

Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Appellee.